## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DALE POWERS,**

      **Plaintiff,**

**v.**

**LOCKHEED MARTIN CORPORATION,**

      **Defendant.**

**CASE NO. 6:21-cv-01290-CEM-EJK**

---

### DEFENDANT'S SHORT-FORM DISCOVERY MOTION FOR REASONABLE EXPENSES, INCLUDING ATTORNEYS' FEES, <u>PURSUANT TO ORDER (DOC. 36)</u>

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, the September 2, 2021 Order on Discovery Motions (Doc. 9), and the October 26, 2022 Order granting Defendant's Motion to Compel (the "**<u>Order</u>**") (Doc. 36), Defendant Lockheed Martin Corporation ("**<u>Defendant</u>**") respectfully moves this Court for entry of Defendant's attorneys' fees in the amount of $2,511.00, and in support thereof states as follows:

1. On October 26, 2022, this Court entered the Order granting Defendant's Motion to Compel (the "**<u>Motion to Compel</u>**") (Doc. 33) and ordered that Plaintiff Dale Powers ("**<u>Plaintiff</u>**") respond to Defendant's discovery requests by November 2, 2022, which Plaintiff has failed to do. (Doc. 36 ¶¶ 1–2).

2. Plaintiff was further ordered to "pay Defendant for its reasonable expenses in making the Motion, including attorneys' fees." (Doc. 36 ¶ 3).

1

3.      The Order further directed the parties to meet and confer as to the amount of Defendant's reasonable expenses and permitted the filing of the instant motion if the parties were unable to reach an agreement as to the amount. (Doc. 36 ¶ 3).

4.      Undersigned counsel hereby certifies that on October 28, 2022, undersigned counsel attempted to confer with counsel for Plaintiff via email to set a time to confer about the fees and to discuss Plaintiff's response to discovery requests, but counsel for Plaintiff failed to respond. On November 9, 2022, prior to filing this Motion, counsel for Defendant was finally able to reach counsel for Plaintiff to confer about its fee claim. The parties conferred via telephone and email.  The parties were unable to reach an agreement as to the amount of fees owed to Defendant.

5.      As set forth in the Declaration of April Boyer, attached hereto as **Exhibit A**, Defendant, over the course of 5.3 hours, has incurred a total of $2,511.00 in reasonable attorneys' fees in connection with its Motion to Compel. *See Poschmann v. Unified Enters., LLC*, No. 5:20-cv-227-Oc-JSM-PRL, 2021 WL 3036306, at *2 (M.D. Fla. Apr. 21, 2021) (finding 5.6 hours reasonable for a motion to compel); *Pennington v. CGH Techs., Inc.*, 6:19-CV-2056-PGB-EJK, 2022 WL 3139242, at *2 (M.D. Fla. Aug. 5, 2022) (find 5.8 hours reasonable for a motion to compel).

**WHEREFORE,** Defendant respectfully requests a Supplemental Order holding Plaintiff liable to Defendant for the amount of $2,511.00 for attorneys' fees

incurred in connection with a Motion to Compel, and granting any such other relief as the Court deems just and proper.

Dated: November 9, 2022  Respectfully submitted,
Miami, Florida

>  */s/   April Boyer*_____
> April Boyer (Trial Counsel)
> Florida Bar No. 0168335
> april.boyer@klgates.com
> Claudia Marina Velasquez
> Florida Bar No. 1032824
> claudia.velasquez@klgates.com
> **K&L GATES LLP**
> Southeast Financial Center
> 200 South Biscayne Boulevard, Suite 3900
> Miami, Florida 33131
> Telephone: 305.539.3300
>
> ***Attorneys for Defendant Lockheed Martin Corporation***

## <u>CERTIFICATE OF CONFERRAL</u>

Pursuant to Federal Rule of Civil Procedure 26(c)(1), Rule 3.01(g) of the Local Rules for the Middle District of Florida, the Court's Order on Discovery Motions (Doc. 9), and the Order (Doc. 36), the undersigned hereby certifies that Defendant attempted to confer with counsel for Plaintiff via email and telephone regarding the issues presented by the instant motion and attempted in good faith to resolve or narrow the issues without court action. Counsel for Plaintiff has failed to respond and/or the parties were unable to resolve the issues described herein.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served on this 9th day of November 2022 to the addressee on the below Service List.

*/s/ April Boyer*
April Boyer

## <u>SERVICE LIST</u>

Mark L. Bonfanti
Florida Bar No. 0010185
mark@destinlawyers.com
**BONFANTI & SNIADECKI, P.A.**
983 Airport Road
Destin, Florida 32451
Telephone: (850) 545-0038

*Counsel for Plaintiff*