# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DALE POWERS,

     *Plaintiff,*

v.

LOCKHEED MARTIN.

     *Defendant.*

Case No.: 6:21-cv-1290-CEM-EJK

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff respectfully notifies this Court, pursuant to M.D. Fla. Loc. R. 3.09, that the parties have resolved this matter. Plaintiff requests that this Court dismiss this action, but reserve jurisdiction to enforce the settlement.

*/s/ Mark L. Bonfanti*
Mark L. Bonfanti
Florida Bar No. 0010185
mark@destinlawyers.com
BONFANTI LAW FIRM, P.A.
983 Airport Road
Destin, Florida 32451
Telephone: (850) 545-0038

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that on this 7th day of March 2023, the within and foregoing document has been served via email to all counsel of record.

<u>/s/ Mark L. Bonfanti</u>
Attorney
