UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DALE POWERS,**

        **Plaintiff,**

v.    Case No. 6:21-cv-1290-CEM-EJK

**LOCKHEED MARTIN CORPORATION,**

        **Defendant.**
_____/

### ORDER

THIS CAUSE is before the Court on the Plaintiff's Notice of Settlement (Doc. 66), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Court declines to retain jurisdiction to enforce the parties' settlement agreement. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 7, 2023.



Copies furnished to:

Counsel of Record